FILED
March 30, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

STATE OF TEXAS

v

CHARLES A. MALOUFF, JR

CASE NO. 03-13-00723 CR

_____

REQUEST FOR COURT APPOINTED COUNSEL
PURSUANT TO ART. 1.051 TEX. CODE CRIM. PROC.

_____

TO THE HONORABLE JUDGE OF SAID COURT:

RECEIVED
MAR 3 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

COMES NOW CHARLES A MALOUFF, JR, PETITIONER, TO THE THIRD COURT OF APPEALS, UNDER EXTRA-ORDINARY CONDITIONS AND CIRCUMSTANCES, AND REQUESTS THE COURT REMOVE COURT APPOINTED APPELLATE ATTORNEY, M. ARIEL PAYAN, WHO IS A MATERIAL WITNESS IN JUDICIAL MISCONDUCT BY THE TRIAL JUDGE, KAREN SAGE, AND A CO-CONSPIRATOR IN FEDERAL DEPRIVATION OF RIGHTS UNDER COLOR OF LAW AND CONSPIRACY COMPLAINTS FILED WITH FBI DIRECTOR, JAMES COMEY, AND U.S. ATTORNEY GENERAL, CIVIL RIGHTS DIVISION, CRIMINAL SECTION HEAD, LESLIE CALDWELL, AND WHO HAS CREATED AN IRREPAIRABLE CONFLICT OF INTEREST, SUPPORTED BY PETITIONER'S SUPPLEMENTAL BRIEF FILED MARCH 9th 2015, IN THIS COURT, AND APPOINT OSKAR IVAN NISIMBLAT, AN EFFECTIVE, AND NOT INTIMATELY INVOLVED

WITH THE PARTIES OF THIS CASE, BUT WHO EFFECTIVELY REPRESENTED PETITIONER IN FEDERAL COURT 2255 PROCEEDINGS ON OCTOBER 1, 2014 (SEE SUPPLEMENTAL BRIEF) INTERROGATING TRAVIS COUNTY ASSISTANT DISTRICT ATTORNEY HOLLY TAYLOR, TRAVIS COUNTY DISTRICT ATTORNEY IN-VESTIGATOR LORI CARTER, AND TRAVIS COUNTY SHERIFF DEPUTY TOBY MILLER, EXPOSING PROS-ECUTORIAL AND POLICE MISCONDUCT, AND WHO IS MOST FAMILIAR WITH THE INTIMACIES OF THIS CASE. (SEE SUPPLEMENTAL BRIEF).

M. ARIEL PAYAN HAS SUBMITTED MATERIAL AND PATENTLY FALSE STATEMENTS IN HIS LATE BRIEF, REFUSED TO RECUSE HIMSELF, AND CONTINUES TO SABOTAGE PETITIONER'S APPEAL. PETITIONER HAS FILED SEVERAL MOTIONS TO REMOVE APPOINTED APPELLATE COUNSEL AND A WRIT OF MANDAMUS TO HAVE HIM REMOVED, WHICH HAVE ALL BEEN IGNORED, FURTHERING A MISCARRIAGE OF JUSTICE.

PETITIONER IS ENTITLED TO REPRESENTATION BY CONFLICT FREE AND EFFECTIVE ASSISTANCE OF COUNSEL.

PETITIONER IS INCARCERATED AT THE TDCI

2

HOLLIDAY TRANSFER UNIT AND HAS LIMITED ACCESS TO THE LAW LIBRARY, NO ACCESS TO A COPIER OR OTHER TOOLS FOR A PROPER PRESENTATION, AND REQUESTS LENIENCY AS TO FORM, MISSPELLINGS AND OTHER CONSIDERATIONS.

## PRAYER

PETITIONER RESPECTFULLY PRAYS THAT THIS COURT GRANT THIS MOTION.

RESPECTFULLY SUBMITTED,

DEFENDANT/PETITIONER, PRO SE
CHARLES A. MALOUFF, JR
TDCJ # 1978590
HOLLIDAY TRANSFER Unit
295 I H 45 NORTH
Huntsville, TX 77320

## CERTIFICATE OF SERVICE

PETITIONER HAS BEEN DENIED ADDITIONAL STAMPS TO EFFECT SERVICE AND RESPECTFULLY REQUESTS THE COURT'S ASSISTANCE IN COPIES AND SERVICE.

## INMATE DECLARATION

I, CHARLES A. MALOUFF, JR, PETITIONER, BEING PRESENTLY INCARCERATED IN TDCJ HOLLIDAY

TRANSFER UNIT DECLARE UNDER THE PENALTY OF PERJURY THAT, ACCORDING TO MY BELIEF, THE FACTS STATED IN THE ABOVE MOTION AND CERTIFICATE OF SERVICE ARE TRUE AND CORRECT,

SIGNED ON THIS 21ST DAY OF MARCH, 2015.

PRISONERS INFORMATION
CHARLES A. MALOUFF, JR.
AKA CHARLIE MALOUFF
TDCJ # 1978590
HOLLIDAY TRANSFER UNIT
295 NORTH I H 45
HUNTSVILLE, TX 77320

SIGNED ON THIS 21ST DAY OF MARCH, 2015.

4

STATE OF TEXAS

v                                              CASE NO. 0343-00723 CR

CHARLES A. MALOUFF, JR

_____

ORDER: REMOVAL AND APPOINTMENT OF COUNSEL

CAME ON THIS _____ day of _____, 2015, FOR
CONSIDERATION, THE DEFENDANT'S REQUEST TO REMOVE
COURT APPOINTED APPELLATE COUNSEL, M. ARIEL PAYAN
FOR CONFLICT OF INTEREST, AND APPOINT OSKAR
IVAN NISIMBLAT, APPELLATE COUNSEL, PURSUANT
TO TEX. CODE CRIM. PROC. ART. 1.051. THE COURT
HAS REVIED PETITIONER'S, PRO SE, SUPPLEMENTAL BRIEF
AND OTHER RELEVANT DOCUMENTS FILED IN THIS
MATTER, IN SUPPORT OF PETITIONER'S RIGHT TO
REPRESENTATION OF CONFLICT FREE AND EFFECTIVE
ASSISTANCE OF COUNSEL, AND IT IS HEREBY:

ORDERED THAT OSKAR IVAN NISIMBLAT SHALL
BE APPOINTED TO REPRESENT DEFENDANT PURSUANT
TO TEX. CODE CRIM. PROC. ART. 1.051. ACCORDINGLY,
OSKAR IVAN NISIMBLAT IS HEREBY APPOINTED
AND INSTRUCTED TO CONTACT HIS CLIENT REGARDING
THIS MATTER.

ORDERED THAT M. ARIEL PAYAN, APPOINTED

APPELLATE COUNSEL, BE REMOVED FROM COUNSEL TO THE DEFENDANT. ACCORDINGLY, M. ARIEL PAYAN IS HEREBY REMOVED AND INSTRUCTED NOT TO CONTACT, OR FILE ON BEHALF OF, DEFENDANT IN ANY MATTER RELATED TO THIS CASE.

IT IS FURTHER ORDERED THAT A COPY OF THIS ORDER SHALL BE SENT TO THE DEFENDANT BY THE CLERK OF THE COURT

_____

JUDGE PRESIDING

2

[FOREVER stamp]

LEGAL MAIL

DARRELL YORKCOUNT
1978550
Holliday Transfer Unit
295 IH 45 North
Huntsville TX 77320

Court of Appeals
Third District of Texas
PO Box 12547
Austin, TX 78711-2547
ATTN: Amy Strother, Deputy Clerk

LEGAL MAIL